Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−23838−RG
                        Chapter: 13
                        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon E Stanley
   610 Franklin Street
   Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−9411

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/15/17 at 09:00 AM

to consider and act upon the following:

*30* − Objection to (related document:27 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/7/2017. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. (Oliver, Jr., William)

Dated: 1/26/17

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:   
Sharon E Stanley   
    Debtor

Case No. 16-23838-RG   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 26, 2017  
                 Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.  
db         +Sharon E Stanley,    610 Franklin Street,    Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     BAC BANK OF NY (CWALT 2007-OH1)  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         William H. Oliver, Jr.     on behalf of Debtor Sharon E Stanley bkwoliver@aol.com  
                                                                                                                           TOTAL: 3