Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−23838−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon E Stanley
   610 Franklin Street
   Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−9411

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/1/17 at 10:30 AM

to consider and act upon the following:

*37* − Limited Objection to Debtor(s) Attorney's Application for Compensation (related document:36 Application for Compensation for William H. Oliver, Jr., Debtor's Attorney, period: 7/19/2016 to 2/6/2017, fee: $400, expenses: $0. Filed by William H. Oliver, Jr.. Objection deadline is 2/14/2017. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William) filed by Debtor Sharon E Stanley) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 2/8/17

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court