UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on February 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHARON E. STANLEY,

Debtor

| | |
|---|---|
| Case No.: | 16-23838 |
| Chapter: | 13 |
| Hearing Date: | n/a |
| Judge: | Rosemary Gambardell |

**REVISED**
**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: February 27, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____400.00_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____323_____ per month for ___29___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23838-RG
Sharon E Stanley                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Feb 27, 2017
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db             +Sharon E Stanley,    610 Franklin Street,    Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley bkwoliver@aol.com
                                                                                         TOTAL: 3