UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune,NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

In Re:

Sharon Stanley

**Order Filed on May 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 16-23838 |
| Chapter: | 13 |
| Judge: | RG |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 1, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ February 1, 2017 _____ :

Property: _____ 610 Franklin Street, Elizabethport, NJ 07206 _____

Creditor: _____ Shellpoint Mortgage Servicing _____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____ Attorney for Debtor _____ , and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ July 20, 2017 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-23838-RG
Sharon E Stanley                                                    Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1        Date Rcvd: May 02, 2017
                           Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db            +Sharon E Stanley,    610 Franklin Street,    Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1)
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley bkwoliver@aol.com
                                                                              TOTAL: 3