| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33 - Suite 112<br>Neptune, NJ  07753<br>732-988-1500<br>WO-7129<br>Attorney for Debtor | **Order Filed on November 1, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

In Re:

Sharon Stanley

Case No.:      16-23838

Chapter:           13

Judge:              RG

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 1, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 8, 2017___ :

Property:    610 Franklin Street, Elizabethport, NJ 07206

Creditor:    Shellpoint Mortgage Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Attorney for Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___January 20, 2018___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2