UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune, NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

**Order Filed on January 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sharon Stanley

Case No.:    16-23838

Chapter:    13

Judge:    RG

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 24, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___October 25, 2018___ :

Property:     610 Franklin Street, Elizabethport, NJ 07206

Creditor:     Shellpoint Mortgage Servicing

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ___Attorney for Debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___April 20, 2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*