Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−23838−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon E Stanley
   610 Franklin Street
   Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−9411

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/19/20 at 10:00 AM

to consider and act upon the following:

*81* − Objection to Application for Extension of Loss Mitigation Period (related document:79 Application for Extension of Loss Mitigation Period. Filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. Objection deadline is 1/22/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William) filed by Debtor Sharon E Stanley) filed by Denise E. Carlon on behalf of BAC BANK OF NY (CWALT 2007−OH1). (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Certificate of Service) (Carlon, Denise)

Dated: 1/23/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court