Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−23838−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon E Stanley
   610 Franklin Street
   Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−9411

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/19/20 at 10:00 AM

to consider and act upon the following:

*81* − Objection to Application for Extension of Loss Mitigation Period (related document:79 Application for Extension of Loss Mitigation Period. Filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. Objection deadline is 1/22/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Oliver, Jr., William) filed by Debtor Sharon E Stanley) filed by Denise E. Carlon on behalf of BAC BANK OF NY (CWALT 2007−OH1). (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Certificate of Service) (Carlon, Denise)

Dated: 1/23/20

                             Jeanne Naughton
                             Clerk, U.S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey
```

In re:                                                              Case No. 16-23838-RG
Sharon E Stanley                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                Page 1 of 1          Date Rcvd: Jan 23, 2020
                              Form ID: ntchrgbk          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
db             +Sharon E Stanley,    610 Franklin Street,    Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1)
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the
               Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 4