Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 16−23838−RG  
Chapter: 13  
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon E Stanley
   610 Franklin Street
   Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−9411

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/18/20 at 10:00 AM

to consider and act upon the following:

*87* − Objection to (related document:85 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. (Attachments: # 1 Supplement) (Oliver, Jr., William)

Dated: 2/18/20

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court