Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 16−23838−RG
      Chapter: 13
      Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon E Stanley
   610 Franklin Street
   Elizabethport, NJ 07206

Social Security No.:
   xxx−xx−9411

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/20 at 10:00 AM

to consider and act upon the following:

*87* − Objection to (related document:85 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. (Attachments: # 1 Supplement) (Oliver, Jr., William)

Determination of Adjournment Request. Request Granted. Hearing will be adjourned to 4/15/2020 at 10:00AM. The hearing date is Not Peremptory (related document:85 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg. (Greenberg, Marie−Ann)

Dated: 3/10/20

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court