Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−23838−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sharon E Stanley
610 Franklin Street
Elizabethport, NJ 07206

Social Security No.:
xxx−xx−9411

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/20 at 10:00 AM

to consider and act upon the following:

*87* − Objection to (related document:85 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/18/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. (Attachments: # 1 Supplement) (Oliver, Jr., William)

Determination of Adjournment Request. Request Granted. Hearing will be adjourned to 4/15/2020 at 10:00AM. The hearing date is Not Peremptory (related document:85 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg. (Greenberg, Marie−Ann)

Dated: 3/10/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon E Stanley  
     Debtor

Case No. 16-23838-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 10, 2020  
                        Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db         +Sharon E Stanley,   610 Franklin Street,   Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley courtdocs@oliverandlegg.com, R59915@notify.bestcase.com  
                                                                                                                TOTAL: 4