**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HILL WALLACK LLP**
Angela C. Pattison, Esq.
21 Roszel Road
Princeton, NJ 08543
Telephone: (609) 924-0808
Email: apattison@hillwallack.com
*Attorneys for Creditor, Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C*

**Order Filed on June 15, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

SHARON E STANLEY,

Debtor.

Case No. 16-23838 (RG)

Chapter 13

Hearing: May 20, 2020 at 10 a.m.

## ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 15, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page | 2
Debtor:  Sharon E Stanley
Case No: 16-23838 (RG)
Caption: Order Resolving Motion to Vacate Stay

_____

| | |
|---|---|
| Applicant: | <u>Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C</u> |
| Applicant's Counsel: | <u>Hill Wallack LLP / Angela C. Pattison, Esq.</u> |
| Debtor's Counsel: | <u> Cameron Legg , Esq.</u> |
| Property Involved ("Collateral"): | <u>610 Franklin Street, Elizabethport, NJ 07206</u> |

Relief sought:

- ✓ Motion for relief from the automatic stay
- Motion to dismiss
- Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Debtor has entered into a Trial Loan Modification Agreement ("Agreement") with Creditor in an effort to resolve the outstanding payment arrears.

2. Debtor shall remit trial payments to the Creditor in the amount of $3,096.39 per month, for three (3) consecutive months beginning on March 1, 2020 and ending on May 1, 2020.

3. In the event that Debtor successfully completes the trial modification payments, the Debtor shall obtain a permanent loan modification on or before June 30, 2020.

 f the Debtor fails to perform any duty required by the agreement, make any trial payment described herein, or to make any regular monthly payment within thirty (30) days of the date the payments, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

4. Award of Attorneys' Fees:

- ✓ The Applicant is awarded attorney's fees of $<u>500.00</u>, and costs of $<u>181.00</u>.  The fees and costs are payable through the Chapter 13 plan.