Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  16−23838−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sharon E Stanley
    610 Franklin Street
    Elizabethport, NJ 07206

Social Security No.:
    xxx−xx−9411

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                  8/5/20
Time:                  08:30 AM
Location:              Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

         An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

         **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 18, 2020
JAN: lc

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-23838-RG
Sharon E Stanley                                                            Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 18, 2020
                             Form ID: 132              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db              +Sharon E Stanley,    610 Franklin Street,    Elizabethport, NJ 07206-1287
516459693        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516295305       +City of Elizabeth,    50 Winfield Scott Plaza,    Elizabeth, NJ 07201-2408
516295309       +Parker McCay, P.A.,    9000,    Midlantic Dr., Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
516295311      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516295310        Shellpoint Mortgage Servicing,    PO Box 19006,    Simi Valley, CA 93065
516358779       +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
516295312       +Wfhm,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2020 00:07:34    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2020 00:07:31    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516295306       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2020 00:16:13    Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
516295307        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 00:07:02    Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
516295308       +E-mail/Text: bncnotices@becket-lee.com Jun 19 2020 00:06:49    Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
516452686        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 00:16:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                          TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1)
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as
          servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the
          Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O eholdren@hillwallack.com,
          jhanley@hillwallack.com;hwbknj@hillwallack.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley courtdocs@oliverandlegg.com,
          R59915@notify.bestcase.com
                                                                                          TOTAL: 4