Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−23838−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sharon E Stanley
  610 Franklin Street
  Elizabethport, NJ 07206

Social Security No.:
  xxx−xx−9411

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/5/20 at 10:00 AM

to consider and act upon the following:

*108* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:106 Motion to Approve Loan Modification with Shellpoint Mortgage Filed by William H. Oliver, Jr. on behalf of Sharon E Stanley. Objection deadline is 07/6/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) (Oliver, Jr., William) filed by Debtor Sharon E Stanley) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/24/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court