| | |
|---|---|
| **IUNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Angela C. Pattison, Esq.<br>21 Roszel Road<br>Princeton, NJ 08543<br>Telephone: (609) 924-0808<br>Email: apattison@hillwallack.com<br>*Attorneys for NewRez LLC, d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-OH1, Mortgage Pass-Through Certificates, Series 2007-OH1* | Order Filed on July 7, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARON E STANLEY,<br><br>              Debtor. | Case No. 16-23838 (RG)<br><br>Chapter 13<br><br>Hearing: May 20, 2020 at 10 a.m. |

## AMENDED ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 7, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page | 2**
Debtor: Sharon E Stanley
Case No: 16-23838 (RG)
Caption: Order Resolving Motion to Vacate Stay

___

| | |
|---|---|
| Applicant: | NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-OH1, Mortgage Pass-Through Certificates, Series 2007-OH1 |
| Applicant's Counsel: | Hill Wallack LLP / Angela C. Pattison, Esq. |
| Debtor's Counsel: | William H. Oliver, Esq. |
| Property Involved ("Collateral"): | 610 Franklin Street, Elizabethport, NJ 07206 |

Relief sought:

- ✓ Motion for relief from the automatic stay
    Motion to dismiss
    Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Debtor has entered into a Trial Loan Modification Agreement ("Agreement") with Creditor in an effort to resolve the outstanding payment arrears.

2. Debtor shall remit trial payments to the Creditor in the amount of $3,096.39 per month, for three (3) consecutive months beginning on March 1, 2020 and ending on May 1, 2020.

3. In the event that Debtor successfully completes the trial modification payments, the Debtor shall obtain a permanent loan modification on or before June 30, 2020.

If the Debtor fails to perform any duty required by the agreement, make any trial payment described herein, or to make any regular monthly payment within thirty (30) days of the date the payments, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

4. Award of Attorneys' Fees:

**Page | 3**
Debtor:  Sharon E Stanley
Case No: 16-23838 (RG)
Caption: Order Resolving Motion to Vacate Stay

___

- ✓ The Applicant is awarded attorney's fees of $<u>500.00</u>, and costs of $<u>181.00</u>.  The fees and costs are payable through the Chapter 13 plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon E Stanley  
    Debtor

Case No. 16-23838-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 08, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.  
db          +Sharon E Stanley,   610 Franklin Street,   Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:

        Angela Catherine Pattison    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O apattison@hillwallack.com, hwbknj@hillwallack.com  
        Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley courtdocs@oliverandlegg.com, R59915@notify.bestcase.com

                                                                                                                             TOTAL: 5