| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| William H. Oliver, Jr., Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129<br>courtdocs@oliverandlegg.com | Order Filed on September 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHARON E. STANLEY<br><br>                                  Debtor | Case No.:  16-23838<br><br>Hearing Date:  September 16, 2020 @ 10am<br><br>Chapter: 13<br><br>Judge:  Rosemary Gambardella |

**ORDER GRANTING MOTION TO MODIFY PROOF OF CLAIM #1 FILED BY THE BANK OF NEW YORK MELLON c/o SHELLPOINT MORTGAGE SERVICING TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)**

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED.**

**DATED: September 22, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:     SHARON E. STANLEY
Case No.    16-23838(RG)
Caption of Order: ORDER GRANTING MOTION TO MODIFY PROOF OF CLAIM #1 FILED BY THE BANK OF NEW YORK MELLON c/o SHELLPOINT MORTGAGE SERVICING TO SHOW PRE-PETITION ARREARS AS ZERO (-0-)
Page 2

**The Court** having received the Movant's Motion to modify Proof of Claim #1 filed by The Bank of New York Mellon c/o Shellpoint Mortgage Servicing to show pre-petition arrears as zero (-0-) and any related responses or objections, it is hereby

**O R D E R E D** that:

1. Proof of Claim #1 filed by The Bank of New York Mellon c/o Shellpoint Mortgage Servicing shall be and is hereby **MODIFIED** to show pre-petition arrears as zero (-0-).

2. A copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within ___7___ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon E Stanley  
     Debtor

Case No. 16-23838-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 23, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.  
db         +Sharon E Stanley,    610 Franklin Street,    Elizabethport, NJ 07206-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:  
         Angela Catherine Pattison    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage  
          Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for  
          the Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O apattison@hillwallack.com,  
          hwbknj@hillwallack.com  
         Denise E. Carlon    on behalf of Creditor    BAC BANK OF NY (CWALT 2007-OH1)  
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Elizabeth K. Holdren    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing as  
          servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the  
          Certificateholders of CWALT, Inc., Alternative Loan Trust 2007-O eholdren@hillwallack.com,  
          jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         William H. Oliver, Jr.    on behalf of Debtor Sharon E Stanley courtdocs@oliverandlegg.com,  
          R59915@notify.bestcase.com  
                                                                                         TOTAL: 5