| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | **Order Filed on November 19, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| IN RE:<br><br>   SHARON E STANLEY | Case No.:  16-23838 RG<br><br>Hearing Date:  11/18/2020 |

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): SHARON E STANLEY

Case No.: 16-23838

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/18/2020 on notice to OLIVER & LEGG LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 11/28/2020 or the case will be dismissed.